ROBERT A. PELIN, as Administrator of the Estate of ERNEST D. PELIN, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Pelin* v. *N. Y. C. & H. R. R. R. Co.*, 115 App. Div. 883, affirmed. (Argued March 5, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 4, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*Henry Purcell* for appellant.

*D. C. Morehouse* and *L. C. Rowe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY and HISCOCK, JJ.